**Odell EWING, Plaintiff—Appellant,**

v.

**Jeffrey CUTLER, Defendant—Appellee.**

**No. 11–7518.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Odell Ewing, Appellant Pro Se.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odell Ewing appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action as frivolous under 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ewing v. Cutler*, No. 5:11–ct–03129–F (E.D.N.C. Oct. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*